B1 (Official Form 1 (04/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**News Leader, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Leesville Leader, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**72-0654473** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**350 WillowBrook Office Park**<br>**Fairport, NY**<br><br>ZIP CODE **14450** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Monroe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above). | ZIP CODE |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

### Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes
- ☒ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

### Statistical/Administrative Information
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (on a consolidated basis)

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☒<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (on a consolidated basis)

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☒<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (on a consolidated basis)

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☒<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1 (04/13)                                                                                                          **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**News Leader, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.) | | |

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>**See Attachment 1** | Case Number: | Date Filed; |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                _____<br>
                (Name of landlord that obtained judgment)

                _____<br>
                (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

B1 (Official Form 1 (04/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | News Leader, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X *Pauline K. Morgan*
  Signature of Attorney for Debtor(s)

Pauline K. Morgan (No. 3650)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600

9/27/13
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Michael E. Reed
  Title: Chief Executive Officer
  9/27/13
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

X _____
  (Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____
  Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Attachment 1 to Voluntary Petition**

**Affiliated Entities**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

GateHouse Media, Inc.
Copley Ohio Newspapers, Inc.
ENHE Acquisition, LLC
Enterprise NewsMedia Holding, LLC
Enterprise NewsMedia, LLC
Enterprise Publishing Company, LLC
GateHouse Media Arkansas Holdings, Inc.
GateHouse Media California Holdings, Inc.
GateHouse Media Colorado Holdings, Inc.
GateHouse Media Connecticut Holdings, Inc.
GateHouse Media Corning Holdings, Inc.
GateHouse Media Delaware Holdings, Inc.
GateHouse Media Directories Holdings, Inc.
GateHouse Media Florida Holdings, Inc.
GateHouse Media Freeport Holdings, Inc.
GateHouse Media Holdco, Inc.
GateHouse Media Illinois Holdings II, Inc.
GateHouse Media Illinois Holdings, Inc.
GateHouse Media Intermediate Holdco, Inc.
GateHouse Media Iowa Holdings, Inc.
GateHouse Media Kansas Holdings II, Inc.
GateHouse Media Kansas Holdings, Inc.
GateHouse Media Lansing Printing, Inc.
GateHouse Media Louisiana Holdings, Inc.
GateHouse Media Management Services, Inc.
GateHouse Media Massachusetts I, Inc.
GateHouse Media Massachusetts II, Inc.
GateHouse Media Michigan Holdings II, Inc.
GateHouse Media Michigan Holdings, Inc.
GateHouse Media Minnesota Holdings, Inc.
GateHouse Media Missouri Holdings II, Inc.
GateHouse Media Missouri Holdings, Inc.
GateHouse Media Nebraska Holdings II, Inc.
GateHouse Media Nebraska Holdings, Inc.
GateHouse Media Nevada Holdings, Inc.
GateHouse Media New York Holdings, Inc.
GateHouse Media North Dakota Holdings, Inc.

GateHouse Media Ohio Holdings, Inc.
GateHouse Media Oklahoma Holdings, Inc.
GateHouse Media Operating, Inc.
GateHouse Media Pennsylvania Holdings, Inc.
GateHouse Media Suburban Newspapers, Inc.
GateHouse Media Tennessee Holdings, Inc.
GateHouse Media Ventures, Inc.
George W. Prescott Publishing Company, LLC
Liberty SMC, L.L.C.
Low Realty, LLC
LRT Four Hundred, LLC
Mineral Daily News Tribune, Inc.
News Leader, Inc.
SureWest Directories
Terry Newspapers, Inc.
The Peoria Journal Star, Inc.

**NEWS LEADER, INC.**
**UNANIMOUS WRITTEN CONSENT**
**IN LIEU OF MEETING OF THE BOARD OF DIRECTORS**

The undersigned, being all of the members of the board of directors (the

"Board of Directors") of News Leader, Inc., a Louisiana corporation (the "Company"),

hereby unanimously consent, pursuant to Section 81 of the Louisiana Business

Corporation Law and the By-Laws of the Company, to the adoption of the resolutions

attached as Annex A hereto, taking or authorizing the actions specified therein, with the

same force and effect as if duly approved and adopted at a duly constituted meeting of the

Board of Directors duly called and held for the same purpose.

This consent may be executed in counterparts and all consents so executed

shall constitute one consent, notwithstanding that all of the members of the Board of

Directors are not signatories to the original on the same counterpart.

IN WITNESS WHEREOF, these resolutions have been adopted as of

September 26, 2013.

_____
Michael E. Reed


_____
Kirk A. Davis


_____
Melinda A. Janik

01:13746816.1

**NEWS LEADER, INC.**
**UNANIMOUS WRITTEN CONSENT**
**IN LIEU OF MEETING OF THE BOARD OF DIRECTORS**

The undersigned, being all of the members of the board of directors (the "Board of Directors") of News Leader, Inc., a Louisiana corporation (the "Company"), hereby unanimously consent, pursuant to Section 81 of the Louisiana Business Corporation Law and the By-Laws of the Company, to the adoption of the resolutions attached as Annex A hereto, taking or authorizing the actions specified therein, with the same force and effect as if duly approved and adopted at a duly constituted meeting of the Board of Directors duly called and held for the same purpose.

This consent may be executed in counterparts and all consents so executed shall constitute one consent, notwithstanding that all of the members of the Board of Directors are not signatories to the original on the same counterpart.

IN WITNESS WHEREOF, these resolutions have been adopted as of September 26, 2013.

_____
Michael E. Reed

_____
Kirk A. Davis

_____
Melinda A. Janik

01:13746816.1

## RESOLUTIONS OF BOARD OF DIRECTORS
## OF NEWS LEADER, INC.

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions;

WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a prepackaged plan of reorganization (the "Prepackaged Plan") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and has approved the solicitation of votes on the Prepackaged Plan;

WHEREAS, the Prepackaged Plan has been submitted to the lenders under the Company's senior secured credit facility (the "Secured Lenders"), and the class of Secured Lenders has voted to accept the Prepackaged Plan in the amount and number required by the Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that voluntary petitions (collectively, the "Petitions") be filed by the Company and certain affiliates under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it further

RESOLVED, that the Company shall be, and hereby is, authorized, directed and empowered(i) to file the Petitions and the Prepackaged Plan, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing, including confirmation of the Prepackaged Plan; and be it further

RESOLVED, that the Chief Executive Officer, Chief Financial Officer, President and Chief Operating Officer, and General Counsel and Secretary of the Company (collectively, the "Designated Officers"), be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petitions as well as all other ancillary documents and to cause the Petitions to be filed with the Bankruptcy Court and to make or cause to be made prior to the execution thereof any modifications to the Petitions or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and be it further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP be, and hereby is, authorized, empowered and directed to represent the Company as its general bankruptcy counsel in connection with any case commenced by the Company under the Bankruptcy Code and all related matters; and be it further

RESOLVED, that the firm of Houlihan Lokey Capital, Inc., be, and hereby is, authorized, empowered and directed to represent the Company as its financial advisor in connection with any case commenced by the Company under the Bankruptcy Code and all related matters; and be it further

RESOLVED, that Epiq Bankruptcy Solutions, LLC be, and hereby is, authorized, empowered and directed to represent the Company as its claims and noticing agent and administrative agent in connection with any case commenced by the Company under the Bankruptcy Code; and be it further

RESOLVED, that the Designated Officers be, and hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated , by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Officers are hereby authorized and empowered to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;; and be it further

RESOLVED, that the Designated Officers be, and hereby are, authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants and other professionals as appropriate in connection with any case commenced by the Company under the Bankruptcy Code; and be it further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the Designated Officers be, and each of them acting alone hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees and expenses and other amounts payable by the Company with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it further

RESOLVED, that all actions previously taken by any director, officer, employee or agent of the Company in connection with or related to the matters set forth in or reasonably contemplated or implied by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and be it further

RESOLVED, that each and every officer of the Company be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to (i) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (ii) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and be it further

RESOLVED, that all actions heretofore taken by any officer or director of the Company in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

Dated: September 26, 2013

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA, INC., A Delaware Corporation, *et al.*[1] | Case No. 13-_____ (___) |
| | (Joint Administration Pending) |
| Debtors. | |

## DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, GateHouse Media, Inc., a Delaware corporation, and certain of its direct and indirect subsidiaries, who are each debtors and debtor-in-possession in the above-captioned cases (each a "Debtor"), hereby state as follows:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: GateHouse Media, Inc. (7635), Copley Ohio Newspapers, Inc. (4372), ENHE Acquisition, LLC (1504), Enterprise NewsMedia Holding, LLC. (8259), Enterprise NewsMedia, LLC (4672), Enterprise Publishing Company, LLC (4666), GateHouse Media Arkansas Holdings, Inc. (7662), GateHouse Media California Holdings, Inc. (7639), GateHouse Media Colorado Holdings, Inc. (0190), GateHouse Media Connecticut Holdings, Inc. (1954), GateHouse Media Corning Holdings, Inc. (5234), GateHouse Media Delaware Holdings, Inc. (1987), GateHouse Media Directories Holdings, Inc. (4513), GateHouse Media Florida Holdings, Inc. (6448), GateHouse Media Freeport Holdings, Inc. (1508), GateHouse Media Holdco, Inc. (8902), GateHouse Media Illinois Holdings II, Inc. (5361), GateHouse Media Illinois Holdings, Inc. (7640), GateHouse Media Intermediate Holdco, Inc. (9759), GateHouse Media Iowa Holdings, Inc. (7643), GateHouse Media Kansas Holdings II, Inc. (7914), GateHouse Media Kansas Holdings, Inc. (7644), GateHouse Media Lansing Printing, Inc. (2242), GateHouse Media Louisiana Holdings, Inc. (9708), GateHouse Media Management Services, Inc. (7665), GateHouse Media Massachusetts I, Inc. (1503), GateHouse Media Massachusetts II, Inc. (0859), GateHouse Media Michigan Holdings II, Inc. (7963), GateHouse Media Michigan Holdings, Inc. (7646), GateHouse Media Minnesota Holdings, Inc. (7648), GateHouse Media Missouri Holdings II, Inc. (8013), GateHouse Media Missouri Holdings, Inc. (7649), GateHouse Media Nebraska Holdings II, Inc. (8054), GateHouse Media Nebraska Holdings, Inc. (4763), GateHouse Media Nevada Holdings, Inc. (4978), GateHouse Media New York Holdings, Inc. (7660), GateHouse Media North Dakota Holdings, Inc. (1506), GateHouse Media Ohio Holdings, Inc. (5464), GateHouse Media Oklahoma Holdings, Inc. (6313), GateHouse Media Operating, Inc. (7636), GateHouse Media Pennsylvania Holdings, Inc. (7661), GateHouse Media Suburban Newspapers, Inc. (5577), GateHouse Media Tennessee Holdings, Inc. (6415), GateHouse Media Ventures, Inc. (7638), George W. Prescott Publishing Company, LLC (4668), Liberty SMC, L.L.C. (6016), Low Realty, LLC (4679), LRT Four Hundred, LLC (4676), Mineral Daily News Tribune, Inc. (3343), News Leader, Inc. (4473), SureWest Directories (7472), Terry Newspapers, Inc. (1037), and The Peoria Journal Star, Inc. (9820). The address of the Debtors' corporate headquarters is 350 WillowBrook Office Park, Fairport, NY 14450.

1.      Funds managed by Fortress Investment Group LLC, whose address is 1345 Avenue of the Americas, 46th Floor, New York, New York 10105, and its affiliates beneficially own approximately 39.6% of the outstanding common stock of lead Debtor GateHouse Media, Inc. ("GHM").

2.      GHM, whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of Debtor GateHouse Media Intermediate Holdco, Inc.

3.      GateHouse Media Intermediate Holdco, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Holdco, Inc.

4.      GateHouse Media Holdco, Inc, whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Operating, Inc. ("GHM Operating").

5.      GHM Operating, whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder or member, as applicable, of:

> (a) GateHouse Media Suburban Newspapers, Inc.;
>
> (b) GateHouse Media Oklahoma Holdings, Inc.;
>
> (c) GateHouse Media Pennsylvania Holdings, Inc.;
>
> (d) GateHouse Media Connecticut Holdings, Inc.;
>
> (e) Mineral Daily News Tribune, Inc.;
>
> (f) GateHouse Media Colorado Holdings, Inc.;
>
> (g) GateHouse Media California Holdings, Inc.;
>
> (h) GateHouse Media Ventures, Inc.;
>
> (i) GateHouse Media Arkansas Holdings, Inc.;

(j) GateHouse Media Iowa Holdings, Inc.;

(k) GateHouse Media New York Holdings, Inc.;

(l) GateHouse Media Florida Holdings, Inc.;

(m) GateHouse Media Massachusetts I, Inc.;

(n) GateHouse Media Massachusetts II, Inc.;

(o) GateHouse Media Illinois Holdings II, Inc.;

(p) GateHouse Media Tennessee Holdings, Inc.;

(q) GateHouse Media Illinois Holdings, Inc.;

(r) GateHouse Media Management Services, Inc.;

(s) GateHouse Media Ohio Holdings, Inc.;

(t) GateHouse Media Directories Holdings, Inc.;

(u) GateHouse Media Michigan Holdings, Inc.;

(v) GateHouse Media Louisiana Holdings, Inc.;

(w) GateHouse Media Nevada Holdings, Inc.;

(x) GateHouse Media Freeport Holdings, Inc.;

(y) GateHouse Media Minnesota Holdings, Inc.;

(z) GateHouse Media Kansas Holdings, Inc.;

(aa) GateHouse Media Missouri Holdings, Inc.;

(bb) GateHouse Pedia North Dakota Holdings, Inc.;

(cc) GateHouse Media Nebraska Holdings, Inc.;

(dd) GateHouse Media Delaware Holdings, Inc.;

(ee) Liberty SMC, L.L.C.; and

(ff) ENHE Acquisition, LLC.

6.     GateHouse Media Suburban Newspapers, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Lansing Printing, Inc.

7.     GateHouse Media Illinois Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of The Peoria Journal Star, Inc. and Terry Newspapers, Inc.

8.     GateHouse Media Ohio Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of Copley Ohio Newspapers, Inc.

9.     GateHouse Media Directories Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of SureWest Directories.

10.     GateHouse Media Michigan Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Michigan Holdings II, Inc.

11.     GateHouse Media Louisiana Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of News Leader, Inc.

12.     GateHouse Media Nevada Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Corning Holdings, Inc.

13.     GateHouse Media Kansas Holdings, Inc., whose address is 350 Willow Brook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Kansas Holdings II, Inc.

14.     GateHouse Media Missouri Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Missouri Holdings II, Inc.

15.     GateHouse Media Nebraska Holdings, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole stockholder of GateHouse Media Nebraska Holdings II, Inc.

16.     GateHouse Media Massachusetts II, Inc., whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole member of Enterprise NewsMedia Holding, LLC ("ENM Holding").

17.     ENM Holding, whose address is 350 WillowBrook Office Park, Freeport, NY 14450, is the sole member of Enterprise NewsMedia, LLC ("ENM").

18.     ENM, whose address is 350 WillowBrook Office Park, Fairport, NY 14450, is the sole member of:

> (a) LRT Four Hundred, LLC;
>
> (b) George W. Prescott Publishing Co LLC;
>
> (c) Low Realty LLC; and
>
> (d) Enterprise Publishing Company, LLC.

I, Michael E. Reed, Chief Executive Officer of each of the Debtors, that I have read the foregoing statement and that it is true and correct to the best of my information and belief.

Dated: Sept. 27 , 2013

By: _____
Name: Michael E. Reed
Title:   Chief Executive Officer

01:13634799.5

6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA, INC., a Delaware Corporation, *et al.*[1] | Case No. 13-_____ (___) |
| Debtors. | (Joint Administration Pending) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

GateHouse Media, Inc. and its affiliated debtors and debtors-in-possession (the "Debtors") have each filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. This list of creditors holding the 30 largest unsecured claims (the "Top 30 List") has been prepared on a consolidated basis, from the Debtors' books and records as of September 26, 2013.

The Top 30 List was prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: GateHouse Media, Inc. (7635), Copley Ohio Newspapers, Inc. (4372), ENHE Acquisition, LLC (1504), Enterprise NewsMedia Holding, LLC. (8259), Enterprise NewsMedia, LLC (4672), Enterprise Publishing Company, LLC (4666), GateHouse Media Arkansas Holdings, Inc. (7662), GateHouse Media California Holdings, Inc. (7639), GateHouse Media Colorado Holdings, Inc. (0190), GateHouse Media Connecticut Holdings, Inc. (1954), GateHouse Media Corning Holdings, Inc. (5234), GateHouse Media Delaware Holdings, Inc. (1987), GateHouse Media Directories Holdings, Inc. (4513), GateHouse Media Florida Holdings, Inc. (6448), GateHouse Media Freeport Holdings, Inc. (1508), GateHouse Media Holdco, Inc. (8902), GateHouse Media Illinois Holdings II, Inc. (5361), GateHouse Media Illinois Holdings, Inc. (7640), GateHouse Media Intermediate Holdco, Inc. (9759), GateHouse Media Iowa Holdings, Inc. (7643), GateHouse Media Kansas Holdings II, Inc. (7914), GateHouse Media Kansas Holdings, Inc. (7644), GateHouse Media Lansing Holdings, Inc. (2242), GateHouse Media Louisiana Holdings, Inc. (9708), GateHouse Media Management Services, Inc. (7665), GateHouse Media Massachusetts I, Inc. (1503), GateHouse Media Massachusetts II, Inc. (0859), GateHouse Media Michigan Holdings II, Inc. (7963), GateHouse Media Michigan Holdings, Inc. (7646), GateHouse Media Minnesota Holdings, Inc. (7648), GateHouse Media Missouri Holdings II, Inc. (8013), GateHouse Media Missouri Holdings, Inc. (7649), GateHouse Media Nebraska Holdings II, Inc. (8054), GateHouse Media Nebraska Holdings, Inc. (4763), GateHouse Media Nevada Holdings, Inc. (4978), GateHouse Media New York Holdings, Inc. (7660), GateHouse Media North Dakota Holdings, Inc. (1506), GateHouse Media Ohio Holdings, Inc. (5464), GateHouse Media Oklahoma Holdings, Inc. (6313), GateHouse Media Operating, Inc. (7636), GateHouse Media Pennsylvania Holdings, Inc. (7661), GateHouse Media Suburban Newspapers, Inc. (5577), GateHouse Media Tennessee Holdings, Inc. (6415), GateHouse Media Ventures, Inc. (7638), George W. Prescott Publishing Company, LLC (4668), Liberty SMC, L.L.C. (6016), Low Realty, LLC (4679), LRT Four Hundred, LLC (4676), Mineral Daily News Tribune, Inc. (3343), News Leader, Inc. (4473), SureWest Directories (7472), Terry Newspapers, Inc. (1037), and The Peoria Journal Star, Inc. (9820). The address of the Debtors' corporate headquarters is 350 WillowBrook Office Park, Fairport, NY 14450.

deficiency places the creditor among the holders of the 40 largest unsecured claims.  The
information presented in the Top 30 List shall not constitute an admission by, nor is it binding
on, the Debtors.  The information presented herein, including, without limitation (a) the failure of
the Debtors to list any claim as contingent, unliquidated, disputed, or subject to a setoff, or (b)
the listing of any claim as unsecured, does not constitute an admission by the Debtors that the
secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors'
rights to contest the validity, priority, nature, characterization and/or amount of any claim.

| | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code and Contact Person with Fax Number | Nature of Claim (trade, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off) | Amount of Claim (If secured, also state value of security) |
|---|---|---|---|---|---|
| 1. | Kruger Inc. | 3285 Chemin Bedford<br>Montreal Quebec H3S 1G5<br>Canada<br>Attn: Paul A. Pepper<br>Fax: 514-343-3132 | Trade | | $1,205,621.00 |
| 2. | Boston Globe | c/o Boston Globe Advertising<br>135 Morrissey Boulevard<br>P.O. Box 55819<br>Boston, MA  02205-5819<br>Attn: Joshua Russell<br>Fax: 617-929-2130 | Trade | | $232,746.00 |
| 3. | Gannett CNY Product Facility | Central New York Newspapers<br>33 Lewis Road<br>Binghamton, NY  13902-1627<br>Attn: President, Officer or Managing Agent<br>Fax: 607-798-1238 | Trade | | $182,274.00 |
| 4. | Publishers Circulation | 502 Washington Avenue<br>Towson, MD  21204<br>Attn: Margaret Zeigenfuse<br>Fax: 201-564-3867 | Trade | | $161,369.00 |
| 5. | Southern Lithoplate Inc. | P.O. Box 741887<br>Atlanta, GA  30374-1887<br>Attn: B. Hinton<br>Fax: 919-556-1977 | Trade | | $154,178.00 |
| 6. | Monster Worldwide Inc. | P.O. Box 90364<br>Chicago, IL  60696-0364<br>Attn: President, Officer or Managing Agent<br>Fax: 646-658-0540 | Trade | | $96,035.00 |
| 7. | Gannett Offset | P.O. Box 824758<br>Philadelphia, PA  19182-4758<br>Attn: Adena Zia<br>Fax: 703-558-4638<br>Email: azia@offsetva.gannet.com | Trade | | $90,424.00 |
| 8. | Preferred Marketing Solutions | 1108 Solutions Center<br>Chicago, IL  60677-1001<br>Attn: President, Officer or Managing Agent<br>Fax: 502-261-2749 | Trade | | $84,694.00 |

| | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code and Contact Person with Fax Number | Nature of Claim (trade, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off) | Amount of Claim (If secured, also state value of security) |
|---|---|---|---|---|---|
| 9. | Anocoil Corporation | 60 East Main Street<br>Rockville, CT 06066-1318<br>Attn: President, Officer or Managing Agent<br>Fax: 860-872-0534 | Trade | | $74,956.00 |
| 10. | Pantagraph | 301 W. Washington Street<br>P.O. Box 2907<br>Bloomington, IL 61702-2907<br>Attn: President, Officer or Managing Agent<br>Fax: 309-829-7000 | Trade | | $72,441.00 |
| 11. | Providence Journal | P.O. Box 13860<br>Newark, NJ 07188-3860<br>Attn: Jane Almeida<br>Fax: 401-277-7235 | Trade | | $70,867.00 |
| 12. | Hutchinson Publishing Co. | P.O. Box 918<br>Hutchinson, KS 67504-0918<br>Attn: President, Officer or Managing Agent<br>Fax: 620-694-5799 | Trade | | $68,329.00 |
| 13. | Resolute FP US Inc. | 14726 Collections Center Drive<br>Chicago, IL 60693<br>Attn: President, Officer or Managing Agent<br>Fax: 864-282-9482 | Trade | | $59,291.00 |
| 14. | House of Print | P.O. Box 6<br>Madelia, MN 56062<br>Attn: Brenda<br>Fax: 507-642-3192 | Trade | | $50,883.00 |
| 15. | Boostability | 795 E. 340 S, Suite 202<br>American Fork, UT 84003<br>Attn: President, Officer or Managing Agent<br>Fax:801-228-2546 | Trade | | $50,533.00 |
| 16. | Kopco, Inc. – Kansas Offset Printing Co., Inc. | P.O. Box 69<br>Caney, KS 67333<br>Attn: Reba<br>Fax: 620-879-5480<br>Email: reba@kocoinc.com | Trade | | $48,637.00 |
| 17. | Digital Media Communications | 140 Dutchman Boulevard, Suite C<br>Irmo, SC 29063<br>Attn: President, Officer or Managing Agent<br>Fax: 803-732-4745 | Trade | | $47,682.00 |
| 18. | Turn-Key Solutions | 4920 W. Thunderbird Road #120C<br>Glendale, AZ 85306<br>Attn: President, Officer or Managing Agent<br>Fax: 602-863-4563 | Trade | | $45,075.00 |
| 19. | Verizon Wireless | P.O. Box 25505<br>Lehigh Valley, PA 18002-5506<br>Attn: President, Officer or Managing Agent<br>Fax: 678-339-6302 | Trade | | $43,810.00 |

| | Name of Creditor | Complete Mailing Address of Creditor Including Zip Code and Contact Person with Fax Number | Nature of Claim (trade, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off) | Amount of Claim (If secured, also state value of security) |
|---|---|---|---|---|---|
| 20. | Salesforce.com, Inc. | P.O. Box 203141<br>Dallas, TX 75320-3141<br>Attn: President, Officer or Managing Agent<br>Fax: 415-901-7040 | Trade | | $43,493.00 |
| 21. | US Ink | 600 Redna Terrace<br>Cincinnati, OH 45215<br>Attn: President, Officer or Managing Agent<br>Fax: 513-771-1399 | Trade | | $42,874.00 |
| 22. | Sun Chemical | P.O. Box 2193<br>Carol Stream, IL 60132-2193<br>Attn: President, Officer or Managing Agent<br>Fax: 973-404-6001 | Trade | | $41,278.00 |
| 23. | Freeport Press Inc. | 121 Main Street<br>Freeport, OH 43973<br>Attn: President, Officer or Managing Agent<br>Fax: 740-658-3963 | Trade | | $32,950.00 |
| 24. | Vsplash Techlabs LLC | 1050 Wall Street West<br>Lyndhurst, NJ 07071<br>Attn: President, Officer or Managing Agent<br>Fax: 815-346-2438 | Trade | | $32,873.00 |
| 25. | Walsworth Publishing Co., Inc. | 306 N. Kansas Avenue<br>Marceline, MO 64658<br>Attn: President, Officer or Managing Agent<br>Fax: 660-258-7798 | Trade | | $28,335.00 |
| 26. | Central Ink Inc. | Dept 20-7019<br>P.O. Box 5997<br>Carol Stream, IL 60197-5997<br>Attn: President, Officer or Managing Agent<br>Fax: 630-231-6554 | Trade | | $28,261.00 |
| 27. | Saxotech, Inc. | 302 Knights Run Avenue<br>Tampa, FL 33602<br>Attn: President, Officer or Managing Agent<br>Fax: 813-221-1604 | Trade | | $27,500.00 |
| 28. | Port Arthur News | 3501 Turtle Creek Drive<br>Port Arthur, TX 77542<br>Attn: President, Officer or Managing Agent<br>Fax: 409-724-6864 | Trade | | $26,290.00 |
| 29. | Universal Uclick | P.O. Box 843345<br>Kansas City, MO 64184-3345<br>Attn: President, Officer or Managing Agent<br>Fax: 816-581-7395 | Trade | | $25,553.00 |
| 30. | Advantage Marketing Consultants Inc. | 597 Oliver Street<br>Fayetteville, NC 28304<br>Attn: President, Officer or Managing Agent<br>Fax: 910-323-9280 | Trade | | $24,160.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA, INC.,<br>a Delaware Corporation, *et al.*[1] | Case No. 13-_____(___) |
| Debtors. | (Joint Administration Pending) |

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

I, Michael E. Reed, Chief Executive Officer of GateHouse Media, Inc., one of the

above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the

"Debtors"), declare under penalty of perjury under the laws of the United States of America that

I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured

Claims and that the information contained therein is true and correct to the best of my

information and belief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: GateHouse Media, Inc. (7635), Copley Ohio Newspapers, Inc. (4372), ENHE Acquisition, LLC (1504), Enterprise NewsMedia Holding, LLC. (8259), Enterprise NewsMedia, LLC (4672), Enterprise Publishing Company, LLC (4666), GateHouse Media Arkansas Holdings, Inc. (7662), GateHouse Media California Holdings, Inc. (7639), GateHouse Media Colorado Holdings, Inc. (0190), GateHouse Media Connecticut Holdings, Inc. (1954), GateHouse Media Corning Holdings, Inc. (5234), GateHouse Media Delaware Holdings, Inc. (1987), GateHouse Media Directories Holdings, Inc. (4513), GateHouse Media Florida Holdings, Inc. (6448), GateHouse Media Freeport Holdings, Inc. (1508), GateHouse Media Holdco, Inc. (8902), GateHouse Media Illinois Holdings II, Inc. (5361), GateHouse Media Illinois Holdings, Inc. (7640), GateHouse Media Intermediate Holdco, Inc. (9759), GateHouse Media Iowa Holdings, Inc. (7643), GateHouse Media Kansas Holdings II, Inc. (7914), GateHouse Media Kansas Holdings, Inc. (7644), GateHouse Media Lansing Holdings, Inc. (2242), GateHouse Media Louisiana Holdings, Inc. (9708), GateHouse Media Management Services, Inc. (7665), GateHouse Media Massachusetts I, Inc. (1503), GateHouse Media Massachusetts II, Inc. (0859), GateHouse Media Michigan Holdings II, Inc. (7963), GateHouse Media Michigan Holdings, Inc. (7646), GateHouse Media Minnesota Holdings, Inc. (7648), GateHouse Media Missouri Holdings II, Inc. (8013), GateHouse Media Missouri Holdings, Inc. (7649), GateHouse Media Nebraska Holdings II, Inc. (8054), GateHouse Media Nebraska Holdings, Inc. (4763), GateHouse Media Nevada Holdings, Inc. (4978), GateHouse Media New York Holdings, Inc. (7660), GateHouse Media North Dakota Holdings, Inc. (1506), GateHouse Media Ohio Holdings, Inc. (5464), GateHouse Media Oklahoma Holdings, Inc. (6313), GateHouse Media Operating, Inc. (7636), GateHouse Media Pennsylvania Holdings, Inc. (7661), GateHouse Media Suburban Newspapers, Inc. (5577), GateHouse Media Tennessee Holdings, Inc. (6415), GateHouse Media Ventures, Inc. (7638), George W. Prescott Publishing Company, LLC (4668), Liberty SMC, L.L.C. (6016), Low Realty, LLC (4679), LRT Four Hundred, LLC (4676), Mineral Daily News Tribune, Inc. (3343), News Leader, Inc. (4473), SureWest Directories (7472), Terry Newspapers, Inc. (1037), and The Peoria Journal Star, Inc. (9820). The address of the Debtors' corporate headquarters is 350 WillowBrook Office Park, Fairport, NY 14450.

Dated: Sept. 27 , 2013

By: _____
    Michael E. Reed
    Chief Executive Officer of GateHouse
    Media, Inc. on behalf of the Debtors