**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA, INC., | Case No. 13-12503 (MFW) |
| Debtor. | |
| | **Docket Ref. No. 3** |
| Tax I.D. No. 36-4197635 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA INTERMEDIATE HOLDCO, INC., | Case No. 13-12504 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1909759 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA HOLDCO, INC., | Case No. 13-12505 (MFW) |
| Debtor. | |
| Tax I.D. No. 84-1708902 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA OPERATING, INC., | Case No. 13-12506 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197636 | |
| In re: | Chapter 11 |
| COPLEY OHIO NEWSPAPERS, INC., | Case No. 13-12507 (MFW) |
| Debtor. | |
| Tax I.D. No. 31-1714372 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENHE ACQUISITION, LLC, | ) | Case No. 13-12508 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 84-1711504 | ) | |
| In re: | ) | Chapter 11 |
| ENTERPRISE NEWSMEDIA HOLDING, LLC, | ) | Case No. 13-12509 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 37-1458259 | ) | |
| In re: | ) | Chapter 11 |
| ENTERPRISE NEWSMEDIA, LLC, | ) | Case No. 13-12510 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 81-0584672 | ) | |
| In re: | ) | Chapter 11 |
| ENTERPRISE PUBLISHING COMPANY, LLC, | ) | Case No. 13-12511 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 81-0584666 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA ARKANSAS HOLDINGS, INC., | ) | Case No. 13-12512 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4197662 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA CALIFORNIA HOLDINGS, INC., | ) | Case No. 13-12513 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4197639 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA COLORADO HOLDINGS, INC., | ) | Case No. 13-12514 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 20-3680190 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA CONNECTICUT HOLDINGS, INC., | ) | Case No. 13-12515 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 20-8771954 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA CORNING HOLDINGS, INC., | ) | Case No. 13-12516 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 88-0105234 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA DELAWARE HOLDINGS, INC., | ) | Case No. 13-12517 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 20-8771987 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA DIRECTORIES HOLDINGS, INC., | Case No. 13-12518 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8344513 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA FLORIDA HOLDINGS, INC., | Case No. 13-12519 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1226448 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA FREEPORT HOLDINGS, INC., | Case No. 13-12520 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4241508 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC., | Case No. 13-12521 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197640 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA ILLINOIS HOLDINGS II, INC., | Case No. 13-12522 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8765361 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA IOWA HOLDINGS, INC., | ) | Case No. 13-12523 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4197643 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA KANSAS HOLDINGS, INC., | ) | Case No. 13-12524 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4197644 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA KANSAS HOLDINGS II, INC., | ) | Case No. 13-12525 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 26-1387914 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA LANSING PRINTING, INC., | ) | Case No. 13-12526 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 56-2422242 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC., | ) | Case No. 13-12527 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4239708 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA MANAGEMENT SERVICES, INC., | Case No. 13-12528 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197665 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA MASSACHUSETTS I, INC., | Case No. 13-12529 (MFW) |
| Debtor. | |
| Tax I.D. No. 84-1711503 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA MASSACHUSETTS II, INC., | Case No. 13-12530 (MFW) |
| Debtor. | |
| Tax I.D. No. 35-2200859 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA MICHIGAN HOLDINGS, INC., | Case No. 13-12531 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197646 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA MICHIGAN HOLDINGS II, INC., | Case No. 13-12532 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1387963 | |

| | | |
|---|---|---|
| In re:<br><br>GATEHOUSE MEDIA MINNESOTA HOLDINGS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 36-4197648 | ) | Chapter 11<br><br>Case No. 13-12533 (MFW) |
| In re:<br><br>GATEHOUSE MEDIA MISSOURI HOLDINGS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 36-4197649 | ) | Chapter 11<br><br>Case No. 13-12534 (MFW) |
| In re:<br><br>GATEHOUSE MEDIA MISSOURI HOLDINGS II, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 26-1388013 | ) | Chapter 11<br><br>Case No. 13-12535 (MFW) |
| In re:<br><br>GATEHOUSE MEDIA NEBRASKA HOLDINGS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 36-4294763 | ) | Chapter 11<br><br>Case No. 13-12536 (MFW) |
| In re:<br><br>GATEHOUSE MEDIA NEBRASKA HOLDINGS II, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 26-1388054 | ) | Chapter 11<br><br>Case No. 13-12537 (MFW) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA NEVADA HOLDINGS, INC., | ) | Case No. 13-12538 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4334978 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA NEW YORK HOLDINGS, INC., | ) | Case No. 13-12539 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4197660 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA NORTH DAKOTA HOLDINGS, INC., | ) | Case No. 13-12540 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4241506 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA OHIO HOLDINGS, INC., | ) | Case No. 13-12541 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 20-8765464 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA OKLAHOMA HOLDINGS, INC., | ) | Case No. 13-12542 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 26-1226313 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA PENNSYLVANIA HOLDINGS, INC., | ) | Case No. 13-12543 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4197661 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA SUBURBAN NEWSPAPERS, INC., | ) | Case No. 13-12544 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4305577 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA TENNESSEE HOLDINGS, INC., | ) | Case No. 13-12545 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 26-1226415 | ) | |
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA VENTURES, INC., | ) | Case No. 13-12546 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4197638 | ) | |
| In re: | ) | Chapter 11 |
| GEORGE W. PRESCOTT PUBLISHING COMPANY, LLC, | ) | Case No. 13-12547 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 81-0584668 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LIBERTY SMC, L.L.C., | ) | Case No. 13-12548 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-4366016 | ) | |
| In re: | ) | Chapter 11 |
| LOW REALTY, LLC, | ) | Case No. 13-12549 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 81-0584679 | ) | |
| In re: | ) | Chapter 11 |
| LRT FOUR HUNDRED, LLC, | ) | Case No. 13-12550 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 81-0584676 | ) | |
| In re: | ) | Chapter 11 |
| MINERAL DAILY NEWS TRIBUNE, INC, | ) | Case No. 13-12551 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 55-0463343 | ) | |
| In re: | ) | Chapter 11 |
| NEWS LEADER, INC., | ) | Case No. 13-12552 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 72-0654473 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUREWEST DIRECTORIES, | ) | Case No. 13-12553 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 91-1747472 | ) | |
| In re: | ) | Chapter 11 |
| TERRY NEWSPAPERS, INC., | ) | Case No. 13-12554 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 36-2701037 | ) | |
| In re: | ) | Chapter 11 |
| THE PEORIA JOURNAL STAR, INC., | ) | Case No. 13-12555 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 37-0459820 | ) | |

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[1] of the above-captioned Debtors for entry of an order pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1 directing the joint administration of the Debtors' related chapter 11 cases; and upon consideration of the Reed Declaration and the entire record of these chapter 11 cases; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* dated February 29, 2012, from the United States District Court for the District of Delaware; and it appearing that the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

these cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, and DECREED as follows:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 13-12503 (MFW).

3. The caption of the jointly administered cases shall read as follows:

[continued next page]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GATEHOUSE MEDIA, INC., a Delaware Corporation, *et al.*[1] | ) | Case No. 13-12503 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: GateHouse Media, Inc. (7635), Copley Ohio Newspapers, Inc. (4372), ENHE Acquisition, LLC (1504), Enterprise NewsMedia Holding, LLC (8259), Enterprise NewsMedia, LLC (4672), Enterprise Publishing Company, LLC (4666), GateHouse Media Arkansas Holdings, Inc. (7662), GateHouse Media California Holdings, Inc. (7639), GateHouse Media Colorado Holdings, Inc. (0190), GateHouse Media Connecticut Holdings, Inc. (1954), GateHouse Media Corning Holdings, Inc. (5234), GateHouse Media Delaware Holdings, Inc. (1987), GateHouse Media Directories Holdings, Inc. (4513), GateHouse Media Florida Holdings, Inc. (6448), GateHouse Media Freeport Holdings, Inc. (1508), GateHouse Media Holdco, Inc. (8902), GateHouse Media Illinois Holdings II, Inc. (5361), GateHouse Media Illinois Holdings, Inc. (7640), GateHouse Media Intermediate Holdco, Inc. (9759), GateHouse Media Iowa Holdings, Inc. (7643), GateHouse Media Kansas Holdings II, Inc. (7914), GateHouse Media Kansas Holdings, Inc. (7644), GateHouse Media Lansing Printing, Inc. (2242), GateHouse Media Louisiana Holdings, Inc. (9708), GateHouse Media Management Services, Inc. (7665), GateHouse Media Massachusetts I, Inc. (1503), GateHouse Media Massachusetts II, Inc. (0859), GateHouse Media Michigan Holdings II, Inc. (7963), GateHouse Media Michigan Holdings, Inc. (7646), GateHouse Media Minnesota Holdings, Inc. (7648), GateHouse Media Missouri Holdings II, Inc. (8013), GateHouse Media Missouri Holdings, Inc. (7649), GateHouse Media Nebraska Holdings II, Inc. (8054), GateHouse Media Nebraska Holdings, Inc. (4763), GateHouse Media Nevada Holdings, Inc. (4978), GateHouse Media New York Holdings, Inc. (7660), GateHouse Media North Dakota Holdings, Inc. (1506), GateHouse Media Ohio Holdings, Inc. (5464), GateHouse Media Oklahoma Holdings, Inc. (6313), GateHouse Media Operating, Inc. (7636), GateHouse Media Pennsylvania Holdings, Inc. (7661), GateHouse Media Suburban Newspapers, Inc. (5577), GateHouse Media Tennessee Holdings, Inc. (6415), GateHouse Media Ventures, Inc. (7638), George W. Prescott Publishing Company, LLC (4668), Liberty SMC, L.L.C. (6016), Low Realty, LLC (4679), LRT Four Hundred, LLC (4676), Mineral Daily News Tribune, Inc. (3343), News Leader, Inc. (4473), SureWest Directories (7472), Terry Newspapers, Inc. (1037), and The Peoria Journal Star, Inc. (9820). The address of the Debtors' corporate headquarters is 350 WillowBrook Office Park, Fairport, NY 14450.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each of the Debtors' cases, other than that of GateHouse Media, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: GateHouse Media,

Inc., Copley Ohio Newspapers, Inc., ENHE Acquisition, LLC, Enterprise NewsMedia Holding, LLC, Enterprise NewsMedia, LLC, Enterprise Publishing Company, LLC, GateHouse Media Arkansas Holdings, Inc., GateHouse Media California Holdings, Inc., GateHouse Media Colorado Holdings, Inc., GateHouse Media Connecticut Holdings, Inc., GateHouse Media Corning Holdings, Inc., GateHouse Media Delaware Holdings, Inc., GateHouse Media Directories Holdings, Inc., GateHouse Media Florida Holdings, Inc., GateHouse Media Freeport Holdings, Inc., GateHouse Media Holdco, Inc., GateHouse Media Illinois Holdings II, Inc., GateHouse Media Illinois Holdings, Inc., GateHouse Media Intermediate Holdco, Inc., GateHouse Media Iowa Holdings, Inc., GateHouse Media Kansas Holdings II, Inc., GateHouse Media Kansas Holdings, Inc., GateHouse Media Lansing Printing, Inc., GateHouse Media Louisiana Holdings, Inc., GateHouse Media Management Services, Inc., GateHouse Media Massachusetts I, Inc., GateHouse Media Massachusetts II, Inc., GateHouse Media Michigan Holdings II, Inc., GateHouse Media Michigan Holdings, Inc., GateHouse Media Minnesota Holdings, Inc., GateHouse Media Missouri Holdings II, Inc., GateHouse Media Missouri Holdings, Inc., GateHouse Media Nebraska Holdings II, Inc., GateHouse Media Nebraska Holdings, Inc., GateHouse Media Nevada Holdings, Inc., GateHouse Media New York Holdings, Inc., GateHouse Media North Dakota Holdings, Inc., GateHouse Media Ohio Holdings, Inc., GateHouse Media Oklahoma Holdings, Inc., GateHouse Media Operating, Inc., GateHouse Media Pennsylvania Holdings, Inc., GateHouse Media Suburban Newspapers, Inc., GateHouse Media Tennessee Holdings, Inc., GateHouse Media Ventures, Inc., George W. Prescott Publishing Company, LLC, Liberty SMC, L.L.C., Low Realty, LLC, LRT Four Hundred, LLC, Mineral Daily News Tribune, Inc., News Leader, Inc., SureWest Directories, Terry Newspapers, Inc., and The Peoria Journal Star, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 13-12503 (MFW).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

10. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
September 30, 2013

Mary F. Walrath
United States Bankruptcy Judge