# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA, INC., | ) | Case No. 13-12503 (MFW) |
| a Delaware Corporation, *et al.*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Docket Ref. No. 194** *, 205* |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA INTERMEDIATE | ) | Case No. 13-12504 (MFW) |
| HOLDCO, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-1909759 | ) | |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: GateHouse Media, Inc. (7635), Copley Ohio Newspapers, Inc. (4372), ENHE Acquisition, LLC (1504), Enterprise NewsMedia Holding, LLC (8259), Enterprise NewsMedia, LLC (4672), Enterprise Publishing Company, LLC (4666), GateHouse Media Arkansas Holdings, Inc. (7662), GateHouse Media California Holdings, Inc. (7639), GateHouse Media Colorado Holdings, Inc. (0190), GateHouse Media Connecticut Holdings, Inc. (1954), GateHouse Media Corning Holdings, Inc. (5234), GateHouse Media Delaware Holdings, Inc. (1987), GateHouse Media Directories Holdings, Inc. (4513), GateHouse Media Florida Holdings, Inc. (6448), GateHouse Media Freeport Holdings, Inc. (1508), GateHouse Media Holdco, Inc. (8902), GateHouse Media Illinois Holdings II, Inc. (5361), GateHouse Media Illinois Holdings, Inc. (7640), GateHouse Media Intermediate Holdco, Inc. (9759), GateHouse Media Iowa Holdings, Inc. (7643), GateHouse Media Kansas Holdings II, Inc. (7914), GateHouse Media Kansas Holdings, Inc. (7644), GateHouse Media Lansing Printing, Inc. (2242), GateHouse Media Louisiana Holdings, Inc. (9708), GateHouse Media Management Services, Inc. (7665), GateHouse Media Massachusetts I, Inc. (1503), GateHouse Media Massachusetts II, Inc. (0859), GateHouse Media Michigan Holdings II, Inc. (7963), GateHouse Media Michigan Holdings, Inc. (7646), GateHouse Media Minnesota Holdings, Inc. (7648), GateHouse Media Missouri Holdings II, Inc. (8013), GateHouse Media Missouri Holdings, Inc. (7649), GateHouse Media Nebraska Holdings II, Inc. (8054), GateHouse Media Nebraska Holdings, Inc. (4763), GateHouse Media Nevada Holdings, Inc. (4978), GateHouse Media New York Holdings, Inc. (7660), GateHouse Media North Dakota Holdings, Inc. (1506), GateHouse Media Ohio Holdings, Inc. (5464), GateHouse Media Oklahoma Holdings, Inc. (6313), GateHouse Media Operating, Inc. (7636), GateHouse Media Pennsylvania Holdings, Inc. (7661), GateHouse Media Suburban Newspapers, Inc. (5577), GateHouse Media Tennessee Holdings, Inc. (6415), GateHouse Media Ventures, Inc. (7638), George W. Prescott Publishing Company, LLC (4668), Liberty SMC, L.L.C. (6016), Low Realty, LLC (4679), LRT Four Hundred, LLC (4676), Mineral Daily News Tribune, Inc. (3343), News Leader, Inc. (4473), SureWest Directories (7472), Terry Newspapers, Inc. (1037), and The Peoria Journal Star, Inc. (9820). The address of the Debtors' corporate headquarters is 350 WillowBrook Office Park, Fairport, NY 14450.

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA HOLDCO, INC., | Case No. 13-12505 (MFW) |
| Debtor. | |
| Tax I.D. No. 84-1708902 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA OPERATING, INC., | Case No. 13-12506 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197636 | |
| In re: | Chapter 11 |
| COPLEY OHIO NEWSPAPERS, INC., | Case No. 13-12507 (MFW) |
| Debtor. | |
| Tax I.D. No. 31-1714372 | |
| In re: | Chapter 11 |
| ENHE ACQUISITION, LLC, | Case No. 13-12508 (MFW) |
| Debtor. | |
| Tax I.D. No. 84-1711504 | |
| In re: | Chapter 11 |
| ENTERPRISE NEWSMEDIA HOLDING, LLC, | Case No. 13-12509 (MFW) |
| Debtor. | |
| Tax I.D. No. 37-1458259 | |

01:14966264.6

2

| | |
|---|---|
| In re: | Chapter 11 |
| ENTERPRISE NEWSMEDIA, LLC, | Case No. 13-12510 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-0584672 | |
| In re: | Chapter 11 |
| ENTERPRISE PUBLISHING COMPANY, LLC, | Case No. 13-12511 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-0584666 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA ARKANSAS HOLDINGS, INC., | Case No. 13-12512 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197662 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA CALIFORNIA HOLDINGS, INC., | Case No. 13-12513 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197639 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA COLORADO HOLDINGS, INC., | Case No. 13-12514 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-3680190 | |

01:14966264.6

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA CONNECTICUT | ) | Case No. 13-12515 (MFW) |
| HOLDINGS, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8771954 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA CORNING | ) | Case No. 13-12516 (MFW) |
| HOLDINGS, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 88-0105234 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA DELAWARE | ) | Case No. 13-12517 (MFW) |
| HOLDINGS, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8771987 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA DIRECTORIES | ) | Case No. 13-12518 (MFW) |
| HOLDINGS, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8344513 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA FLORIDA | ) | Case No. 13-12519 (MFW) |
| HOLDINGS, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-1226448 | ) | |

01:14966264.6

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA FREEPORT HOLDINGS, INC., | Case No. 13-12520 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4241508 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC., | Case No. 13-12521 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197640 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA ILLINOIS HOLDINGS II, INC., | Case No. 13-12522 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8765361 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA IOWA HOLDINGS, INC., | Case No. 13-12523 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197643 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA KANSAS HOLDINGS, INC., | Case No. 13-12524 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197644 | |

01:14966264.6

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA KANSAS HOLDINGS II, INC., | Case No. 13-12525 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1387914 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA LANSING PRINTING, INC., | Case No. 13-12526 (MFW) |
| Debtor. | |
| Tax I.D. No. 56-2422242 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC., | Case No. 13-12527 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4239708 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA MANAGEMENT SERVICES, INC., | Case No. 13-12528 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197665 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA MASSACHUSETTS I, INC., | Case No. 13-12529 (MFW) |
| Debtor. | |
| Tax I.D. No. 84-1711503 | |

01:14966264.6

6

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GATEHOUSE MEDIA MASSACHUSETTS II, INC., | ) | Case No. 13-12530 (MFW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 35-2200859 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GATEHOUSE MEDIA MICHIGAN HOLDINGS, INC., | ) | Case No. 13-12531 (MFW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4197646 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GATEHOUSE MEDIA MICHIGAN HOLDINGS II, INC., | ) | Case No. 13-12532 (MFW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-1387963 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GATEHOUSE MEDIA MINNESOTA HOLDINGS, INC., | ) | Case No. 13-12533 (MFW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4197648 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GATEHOUSE MEDIA MISSOURI HOLDINGS, INC., | ) | Case No. 13-12534 (MFW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 36-4197649 | ) |  |

01:14966264.6

7

|  |  |
|---|---|
| In re: | Chapter 11 |
| *GATEHOUSE MEDIA MISSOURI HOLDINGS II, INC.*, | Case No. 13-12535 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1388013 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA NEBRASKA HOLDINGS, INC., | Case No. 13-12536 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4294763 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA NEBRASKA HOLDINGS II, INC., | Case No. 13-12537 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1388054 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA NEVADA HOLDINGS, INC., | Case No. 13-12538 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4334978 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA NEW YORK HOLDINGS, INC., | Case No. 13-12539 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197660 | |

01:14966264.6

8

| | |
|---|---|
| In re: | Chapter 11 |
| GATEHOUSE MEDIA NORTH DAKOTA HOLDINGS, INC., | Case No. 13-12540 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4241506 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA OHIO HOLDINGS, INC., | Case No. 13-12541 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8765464 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA OKLAHOMA HOLDINGS, INC., | Case No. 13-12542 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1226313 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA PENNSYLVANIA HOLDINGS, INC., | Case No. 13-12543 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-4197661 | |
| In re: | Chapter 11 |
| GATEHOUSE MEDIA TENNESSEE HOLDINGS, INC., | Case No. 13-12545 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-1226415 | |

01:14966264.6

9

| | |
|---|---|
| In re:<br><br>GATEHOUSE MEDIA VENTURES, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 36-4197638 | Chapter 11<br><br>Case No. 13-12546 (MFW) |
| In re:<br><br>GEORGE W. PRESCOTT PUBLISHING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-0584668 | Chapter 11<br><br>Case No. 13-12547 (MFW) |
| In re:<br><br>LIBERTY SMC, L.L.C.,<br><br>Debtor.<br><br>Tax I.D. No. 36-4366016 | Chapter 11<br><br>Case No. 13-12548 (MFW) |
| In re:<br><br>LOW REALTY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-0584679 | Chapter 11<br><br>Case No. 13-12549 (MFW) |
| In re:<br><br>LRT FOUR HUNDRED, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-0584676 | Chapter 11<br><br>Case No. 13-12550 (MFW) |

01:14966264.6

10

| | |
|---|---|
| In re: | Chapter 11 |
| MINERAL DAILY NEWS TRIBUNE, INC, | Case No. 13-12551 (MFW) |
| Debtor. | |
| Tax I.D. No. 55-0463343 | |
| In re: | Chapter 11 |
| NEWS LEADER, INC., | Case No. 13-12552 (MFW) |
| Debtor. | |
| Tax I.D. No. 72-0654473 | |
| In re: | Chapter 11 |
| SUREWEST DIRECTORIES, | Case No. 13-12553 (MFW) |
| Debtor. | |
| Tax I.D. No. 91-1747472 | |
| In re: | Chapter 11 |
| TERRY NEWSPAPERS, INC., | Case No. 13-12554 (MFW) |
| Debtor. | |
| Tax I.D. No. 36-2701037 | |
| In re: | Chapter 11 |
| THE PEORIA JOURNAL STAR, INC., | Case No. 13-12555 (MFW) |
| Debtor. | |
| Tax I.D. No. 37-0459820 | |

01:14966264.6

11

**FINAL DECREE CLOSING CERTAIN CASES AND AMENDING
CAPTION OF REMAINING CASES**

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Debtors") for entry of an order closing the Closing Cases and changing the caption of the Remaining Cases; upon consideration of the Motion and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interest of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation, and good and sufficient cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Each of following cases shall be closed, effective as of the date of this Order::

- GateHouse Media Intermediate Holdco, Inc., Case No. 13-12504 (MFW);
- GateHouse Media Holdco, Inc. Case No. 13-12505 (MFW);
- GateHouse Media Operating, Inc., Case No. 13-12506 (MFW);
- Copley Ohio Newspapers, Inc., Case No. 13-12507 (MFW);
- ENHE Acquisition, LLC, Case No. 13-12508 (MFW);
- Enterprise NewsMedia Holding, LLC, Case No. 13-12509 (MFW);

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:14966264.6

12

- Enterprise NewsMedia, LLC, Case No. 13-12510 (MFW);

- Enterprise Publishing Company, LLC, Case No. 13-12511 (MFW);

- GateHouse Media Arkansas Holdings, Inc., Case No. 13-12512 (MFW);

- GateHouse Media California Holdings, Inc., Case No. 13-12513 (MFW);

- GateHouse Media Colorado Holdings, Inc., Case No. 13-12514 (MFW);

- GateHouse Media Connecticut Holdings, Inc., Case No. 13-12515 (MFW);

- GateHouse Media Corning Holdings, Inc., Case No. 13-12516 (MFW);

- GateHouse Media Delaware Holdings, Inc., Case No. 13-12517 (MFW);

- GateHouse Media Directories Holdings, Inc., Case No. 13-12518 (MFW);

- GateHouse Media Florida Holdings, Inc., Case No. 13-12519 (MFW);

- GateHouse Media Freeport Holdings, Inc., Case No. 13-12520 (MFW);

- GateHouse Media Illinois Holdings, Inc., Case No. 13-12521 (MFW);

- GateHouse Media Illinois Holdings II, Inc., Case No. 13-12522 (MFW);

- GateHouse Media Iowa Holdings, Inc., Case No. 13-12523 (MFW);

- GateHouse Media Kansas Holdings, Inc., Case No. 13-12524 (MFW);

- GateHouse Media Kansas Holdings II, Inc., Case No. 13-12525 (MFW);

- GateHouse Media Lansing Printing, Inc., Case No. 13-12526 (MFW);

- GateHouse Media Louisiana Holdings, Inc., Case No. 13-12527 (MFW);

01:14966264.6

13

- GateHouse Media Management Services, Inc., Case No. 13-12528 (MFW);

- GateHouse Media Massachusetts I, Inc., Case No. 13-12529 (MFW);

- GateHouse Media Massachusetts II, Inc., Case No. 13-12530 (MFW);

- GateHouse Media Michigan Holdings, Inc., Case No. 13-12531 (MFW);

- GateHouse Media Michigan Holdings II, Inc., Case No. 13-12532 (MFW);

- GateHouse Media Minnesota Holdings, Inc., Case No. 13-12533 (MFW);

- GateHouse Media Missouri Holdings, Inc., Case No. 13-12534 (MFW);

- GateHouse Media Missouri Holdings II, Inc., Case No. 13-12535 (MFW);

- GateHouse Media Nebraska Holdings, Inc., Case No. 13-12536 (MFW);

- GateHouse Media Nebraska Holdings II, Inc., Case No. 13-12537 (MFW);

- GateHouse Media Nevada Holdings, Inc., Case No. 13-12538 (MFW);

- GateHouse Media New York Holdings, Inc. Case No. 13-12539 (MFW)

- GateHouse Media North Dakota Holdings, Inc., Case No. 13-12540 (MFW);

- GateHouse Media Ohio Holdings, Inc., Case No. 13-12541 (MFW);

- GateHouse Media Oklahoma Holdings, Inc., Case No. 13-12542 (MFW);

- GateHouse Media Pennsylvania Holdings, Inc., Case No. 13-12543 (MFW);

- GateHouse Media Tennessee Holdings, Inc., Case No. 13-12545 (MFW);

- GateHouse Media Ventures, Inc., Case No. 13-12546 (MFW);

01:14966264.6

14

- George W. Prescott Publishing Company, LLC, Case No. 13-12547 (MFW);

- Liberty SMC, L.L.C., Case No. 13-12548 (MFW);

- Low Realty, LLC, Case No. 13-12549 (MFW);

- LRT Four Hundred, LLC, Case No. 13-12550 (MFW);

- Mineral Daily News Tribune, Inc., Case No. 13-12551 (MFW);

- News Leader, Inc., Case No. 13-12552 (MFW);

- Surewest Directories, Case No. 13-12553 (MFW);

- Terry Newspapers, Inc., Case No. 13-12554 (MFW); and

- The Peoria Journal Star, Inc., Case No. 13-12555 (MFW).

3.      A docket entry shall be made in each of the Closing Cases reflecting the entry of this Order.

4.      Entry of this Order is without prejudice to (a) the rights of any Debtor or other party in interest to seek to reopen any of the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the right of any Debtor to dispute, in an appropriate non-bankruptcy forum, all claims that were filed against such Debtor in its chapter 11 case, but not objected to by such Debtor, as permitted by section 7.2 of the Plan.

5.      The caption of the Remaining Cases shall be changed to read as follows:

*[Form of Caption on Next Page]*

01:14966264.6

15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA, INC., | ) | Case No. 13-12503 (MFW) |
| a Delaware Corporation, *et al.*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

---

[1] The debtors in this case, along with the last four digits of the Debtors' federal tax identification number are GateHouse Media, Inc. (7635) and GateHouse Media Suburban Newspapers, Inc. (5577). The address of the debtors' corporate headquarters is corporate headquarters is 350 WillowBrook Office Park, Fairport, NY 14450. The chapter 11 cases of certain affiliated debtors have been closed. [*See* Docket No. ~~2054~~ *194*]

6.      The Debtors shall complete all remaining quarterly reports and pay all quarterly fees due and owing in the Closing Cases within 30 days of entry of this Order.

Dated: Wilmington, Delaware
       ⹂⹂ ⹂⹂, 2014

                              _____
                              Mary F. Walrath
                              United States Bankruptcy Judge